UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LICEA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENESCO, INC., a Tennessee Corporation; and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No.: 3:22-CV-1567-JO-KSC<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT** |

Defendant Genesco, Inc. filed a motion to dismiss Plaintiff's first amended class action complaint for violations of the California Invasion of Privacy Act ("FAC"). Dkt. 22. The Court held oral argument on the motion on October 13, 2023. Dkt. 29. For the reasons stated on the record during this hearing, the Court DENIES Defendant's motion to dismiss Plaintiff's FAC on the grounds that Plaintiff lacks Article III standing and Plaintiff's FAC still fails to state a claim under § 631(a) of the California Invasion of Privacy Act. Based on stipulation, Plaintiff's claims for punitive damages are stricken from the FAC; the Court therefore DENIES as moot Defendant's motion to dismiss or strike Plaintiff's claims for punitive damages.

No later than 5:00 p.m. on October 18, 2023, Plaintiff shall file a second amended complaint ("SAC") striking only references to Plaintiff's claims for punitive damages. No later than 5:00 p.m. on November 7, 2023, Defendant shall file an answer to Plaintiff's SAC.

**IT IS SO ORDERED.**

Dated: October 16, 2023

_____
Hon. Jinsook Ohta
United States District Court